■ In the Matter of SHARON FOSTER, Appellant, v CARTHAGE CENTRAL SCHOOL DISTRICT, Respondent. [683 NYS2d 688] —Judg-

ment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—CPLR art 78.) Present—Denman, P. J., Pine, Pigott, Jr., Balio and Fallon, JJ.